**Order entered July 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00882-CV

## IN THE INTEREST OF N.W.C., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-01933**

## ORDER

Before the Court is appellant's July 13, 2022 unopposed motion for an extension of time to file her reply brief. We **GRANT** the motion and extend the time to **July 19, 2022**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE